IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denver Taylor, Jr.,                                        Case No. 1:12 CV 2767

             Plaintiff,                            O R D E R

      -vs-                                            JUDGE JACK ZOUHARY

Maggie Bradshaw, Warden,

             Defendant.

      This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed April 15, 2014 (Doc. 7).  The R&R recommends this Court deny Plaintiff's Petition as untimely.

      Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a de novo determination of those portions of the R&R to which objections were made.  The failure to file objections within the time frame set forth in the statute constitutes a waiver of de novo review by the district court.  *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Plaintiff's deadline for filing objections has passed, and no requests for extension have been received.  The R&R accurately states the facts and law, which this Court adopts in its entirety.  Accordingly, this Court denies the Petition and this case is dismissed with prejudice.

      IT IS SO ORDERED.

                                    s/ *Jack Zouhary*
                                   JACK ZOUHARY
                                   U.S. DISTRICT JUDGE

                                   May 7, 2014